IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

COXWELL, GLEN FLETCHER                    CASE NO.: 05-40261-TLH
                                          CHAPTER 7

    Debtor(s).
_____/

**NOTICE OF PAYMENT OF UNCLAIMED
FUNDS PURSUANT TO U.S.C. § 347**

Trustee, William J. Miller, Jr., pursuant to 11 U.S.C. §347, gives notice of the payment to the Clerk, U.S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No: | Claimant Name/Address | Dividend |
|---|---|---|
| 12 | Cengiz, Balden and Cenk Sulker<br>c/o Ed Rude<br>211 E. Call St.<br>Tallahassee, Fl. 32301 | 12,198.56 |

The checks mailed to these creditors at the above addresses on September 21, 2009, have neither been negotiated within the requested 90-day period nor returned to the Trustee by the postal service.

/s/WILLIAM J. MILLER, JR.
WILLIAM J. MILLER, JR.
William J. Miller, Jr., PLC
Post Office Box 37003
Tallahassee, Florida 32315

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Unclaimed Funds has been furnished electronically or by regular U.S. Mail to the above-named creditor(s) and the Office of the U.S. Trustee, 110 East Park Avenue, Suite 128, Tallahassee, Florida, 32301 on the date this document was filed with the Court.  *Note: For verification of the date of service, please check the docket entry for this document.*

/s/WILLIAM J. MILLER, JR.
WILLIAM J. MILLER, JR.